| MONUMENTS AND MARKERS, LLC | * | NO. 2024-CA-0834 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| CITY OF NEW ORLEANS AND THE NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*RLB* **BELSOME, C.J., CONCURS IN THE RESULT.**